# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC, dba: Sony/ATV Tree Publishing; et al.,**

        **Plaintiffs,**

**-vs-**                        Case No.  **6:05-cv-501-Orl-22KRS**

**COUNTY LINE OF BREVARD, INC., dba: County Line Saloon, et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **REQUEST FOR ENTRY OF DEFAULT (Doc. No. 10)**
>
> **FILED:**       **May 26, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

All three defendants have now filed an answer to the complaint. Doc. No. 11.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties